IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLEY HOWE,

    Plaintiff,

v.

MIDDLETON VILLAGE NURSING AND
REHAB CENTER and WILLIAM WATSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-247-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

_Peter Oppeneer_      5/5/11

Peter Oppeneer, Clerk of Court      Date